IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Antonio Steele,                                   :
                                                  :
            Petitioner(s),                        :
                                                  :    Case Number: 1:20cv600
    vs.                                           :
                                                  :    Judge Susan J. Dlott
R. Huggins, Warden,                               :
                                                  :
            Respondent(s).                        :

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz filed on August 24, 2020 (Doc. 45), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 8, 2020, hereby ADOPTS said Report and Recommendation.

Accordingly, petitioner's petition ( Doc. 1) is DISMISSED with prejudice.  It is barred by the statute of limitations and because it is without merit. .

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court